IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| IN RE DIET DRUGS (Phentermine/ Fenfluramine/ Dexfenfluramine) PRODUCTS LIABILITY LITIGATION | § § MDL DOCKET NO. 1203 § § |
| SHEILA BROWN, et al., v. AMERICAN HOME PRODUCTS CORPORATION | § CIVIL ACTION NO. 99-20593 § § CLASS ACTION § |
| **THIS DOCUMENT RELATES TO:** | § § |
| ABNER, SYLVIA LAVERN v. WYETH, et al. | § E.D.-Pa. 2:04-CV-20627-HB |
| ADAMS, JO L. v. WYETH, et al. | § E.D.-Pa. 2:04-CV-20366-HB |
| BAKER, MARY LOUISE v. WYETH, et al. | § E.D.-Pa. 2:04-CV-20435-HB |
| BELL, LEE E. v. WYETH, et al. | § E.D.-Pa. 2:04-CV-20675-HB |
| BLANCHARD, KAREN M. v. WYETH, ET AL. | § E.D.-Pa. 2:04-CV-20382-HB |
| BRADLEY, LARRY V. WYETH, et al. | § E.D.-Pa. 2:04-CV-20337-HB |
| BROOKS, VIOLET E. v. WYETH, et al. | § E.D.-Pa. 2:03-CV-20411-HB |
| BROUSSARD, MARILYN B. v. WYETH, et al. | § E.D.-Pa. 2:04-CV-20356-HB |
| BRYANT, BILLIE JEAN v. WYETH, et al. | § E.D.-Pa. 2:04-CV-20370-HB |
| BURROW, KATHY LYNN v. WYETH, et al. | § E.D.-Pa. 2:04-CV-20689-HB |
| BUTLER, MARY M. v. WYETH, et al. | § E.D.-Pa. 2:04-CV-20686-HB |
| CADENA, GILBERT MANUEL v. WYETH, et al. | § E.D.-Pa. 2:04-CV-20350-HB |
| CALVIN, DELORES A. v. WYETH, et al. | § E.D.-Pa. 2:04-CV-20349-HB |
| CARTER, DOUGLAS RAY v. WYETH, et al. | § E.D.-Pa. 2:04-CV-20339-HB |
| CASTILLO, ELEANOR v. WYETH, et al. | § E.D.-Pa. 2:04CV-20674-HB |
| CASTILLO, LINDA D. v. WYETH, et al. | § E.D.-Pa. 2:04-CV-20682-HB |
| COBB, BETTY ANN v. WYETH, et al. | § E.D.-Pa. 2:04-CV-20319-HB |

| Case | § | Docket |
|---|---|---|
| CODY, JUDITH A. v. WYETH, et al. | § § | E.D.-Pa. 2:04-CV-20628-HB |
| COLE, PATRICIA A. v. WYETH, et al. | § § | E.D.-Pa. 2:04-CV-20358-HB |
| COLLINS, PAULA v. WYETH, et al. | § § | E.D.-Pa. 2:04-CV-20347-HB |
| CONNER, PATRICIA v. WYETH, et al. | § § | E.D.-Pa. 2:04-CV-20372-HB |
| COOTS, ELIZABETH A. v. WYETH, et al. | § § | E.D.-Pa. 2:03-CV-20398-HB |
| COUDRAIN, VIRGINIA v. WYETH, et al. | § § | E.D.-Pa. 2:04-CV-20346-HB |
| DAVIS, DEBRA M. v. WYETH, et al. | § § | E.D.-Pa. 2:04-CV-20360-HB |
| DAVIS, LINDA M. v. WYETH, et al. | § § | E.D.-Pa. 2:04-CV-20344-HB |
| DEATON, MERRIBETH J. v. WYETH, et al. | § § | E.D.-Pa. 2:04-CV-20286-HB |
| DELL, PHYLLIS v. WYETH, et al. | § § | E.D.-Pa. 2:04-CV-20636-HB |
| DIES, HUBERT JOSEPH v. WYETH, et al. | § § | E.D.-Pa. 2:04-CV-20368-HB |
| DINJAR, GAIL v. WYETH, et al. | § § | E.D.-Pa. 2:04-CV-20506-HB |
| DODD, JAMIE v. WYETH, et al. | § § | E.D.-Pa. 2:04-CV-20436-HB |
| DORSEY, KATHIE J. v. WYETH, et al. | § § | E.D.-Pa. 2:04-CV-20522-HB |
| DUDLEY, MARIE v. WYETH, et al. | § § | E.D.-Pa. 2:03-CV-20349-HB |
| ELLIS, DELORES v. WYETH, et al. | § § | E.D.-Pa. 2:04-CV-20335-HB |
| FISHER-PARROTT, LINDA C. v. WYETH, et al. | § § | E.D.-Pa. 2:04-CV-20681-HB |
| FLORES, STEPHANIE v. WYETH, et al. | § § | E.D.-Pa. 2:04-CV-20323-HB |
| GALAVIZ, JO ANN v. WYETH, et al. | § § | E.D.-Pa. 2:04-CV-20387-HB |
| GARNER, BARBARA v. WYETH, et al. | § § | E.D.-Pa. 2:04-CV-20375-HB |
| GIORDANO, ADELE R. v. WYETH, et al. | § § | E.D.-Pa. 2:03-CV-20412-HB |
| GOMEZ, GWEN v. WYETH, et al. | § § | E.D.-Pa. 2:04-CV-20348-HB |
| GREEN, LINDA F. v. WYETH, et al. | § § | E.D.-Pa. 2:04-CV-20357-HB |

| Case | | Docket |
|---|---|---|
| GUIDRY, DONNA LOIS v. WYETH, et al. | §§ | E.D.-Pa. 2:04-CV-20363-HB |
| HAGLUND, MARY L. v. WYETH, et al. | §§ | E.D.-Pa. 2:03-CV-20402-HB |
| HALLUMS, ORA DONNA v. WYETH, et al. | §§ | E.D.-Pa. 2:04-CV-20329-HB |
| HARPER, DRU v. WYETH, et al. | §§ | E.D.-Pa. 2:04-CV-20669-HB |
| HARRIS, LORRAINE v. WYETH, et al. | §§ | E.D.-Pa. 2:04-CV-20374-HB |
| HENRICKSEN, ROSELLEN L. v. WYETH, et al. | §§ | E.D.-Pa. 2:04-CV-20622-HB |
| HILL, SHIRLEY ANN v. WYETH, et al. | §§ | E.D.-Pa. 2:04-CV-20388-HB |
| HOFFPAUIR, MYRTLE v. WYETH, et al. | §§ | E.D.-Pa. 2:04-CV-20361-HB |
| HOLLAND, TAMMY P. v. WYETH, et al. | §§ | E.D.-Pa. 2:04-CV-20369-HB |
| HOWARD, PAMELA M. v. WYETH, et al. | §§ | E.D.-Pa. 2:04-CV-20520-HB |
| HUERTA, MARIA ESTER v. WYETH, et al. | §§ | E.D.-Pa. 2:03-CV-20396-HB |
| ISON, GRACE F. v. WYETH, et al. | §§ | E.D.-Pa. 2:04-CV-20519-HB |
| JEAN, RITA G. v. WYETH, et al. | §§ | E.D.-Pa. 2:03-CV-20413-HB |
| JEFFRIES, JOHN LYNN v. WYETH, et al. | §§ | E.D.-Pa. 2:04-CV-20641-HB |
| JOHNSON, VAN E. v. WYETH, et al. | §§ | E.D.-Pa. 2:04-CV-20289-HB |
| KING, HATTIE v. WYETH, et al. | §§ | E.D.-Pa. 2:04-CV-20638-HB |
| KING, OPHELIA J. v. WYETH, et al. | §§ | E.D.-Pa. 2:04-CV-20320-HB |
| KIRBY, BARBARA v. WYETH, et al. | §§ | E.D.-Pa. 2:04-CV-20098-HB |
| KIRBY, SYLVIA v. WYETH, et al. | §§ | E.D.-Pa. 2:04-CV-20324-HB |
| KOTZ, ELIZABETH ANN v. WYETH, et al. | §§ | E.D.-Pa. 2:04-CV-20343-HB |
| KOWIS, BETTY ANN v. WYETH, et al. | §§ | E.D.-Pa. 2:04-CV-20277-HB |
| KOWIS, JOSEPH v. WYETH, et al. | §§ | E.D.-Pa. 2:04-CV-20288-HB |
| KRONBERG, ESTA v. WYETH, et al. | §§ | E.D.-Pa. 2:04-CV-20427-HB |

| | |
|---|---|
| KRUGER, NANCY v. WYETH, et al. | E.D.-Pa. 2:04-CV-20423-HB |
| LAIRD, FRED v. WYETH, et al. | E.D.-Pa. 2:04-CV-20640-HB |
| LANDON, BARBARA v. WYETH, et al. | E.D.-Pa. 2:04-CV-20509-HB |
| LANHAM, BARBARA v. WYETH, et al. | E.D.-Pa. 2:04-CV-20629-HB |
| LASKOSKIE, ELIZABETH v. WYETH, et al. | E.D.-Pa. 2:04-CV-20626-HB |
| LEBOEUF, LINDA v. WYETH, et al. | E.D.-Pa. 2:04-CV-20338-HB |
| LEE, CYNTHIA J. v. WYETH, et al. | E.D.-Pa. 2:03-CV-20538-HB |
| LIVING, ANGELA v. WYETH, et al. | E.D.-Pa. 2:04-CV-20516-HB |
| LOREN, NANCI v. WYETH, et al. | E.D.-Pa. 2:04-CV-20507-HB |
| LOUVIERE, GEORGIA L. v. WYETH, et al. | E.D.-Pa. 2:04-CV-20326-HB |
| LYONS-MENEFEE, SANDRA v. WYETH, et al. | E.D.-Pa. 2:04-CV-20511-HB |
| MACFARLAND, BONNIE B. v. WYETH, et al. | E.D.-Pa. 2:04-CV-20679-HB |
| MALBROUX, ELLA M. v. WYETH, et al. | E.D.-Pa. 2:04-CV-20425-HB |
| MARCEAU, DONNA K. v. WYETH, et al. | E.D.-Pa. 2:04-CV-20503-HB |
| MARTINEZ, LINDA v. WYETH, et al. | E.D.-Pa. 2:04-CV-20524-HB |
| MASSEY, RUTH v. WYETH, et al. | E.D.-Pa. 2:04-CV-20517-HB |
| MATTHEWS, DELISIA v. WYETH, et al. | E.D.-Pa. 2:04-CV-20328-HB |
| MATTHEWS, OLLIE v. WYETH, et al. | E.D.-Pa. 2:04-CV-20630-HB |
| MAYER, LEE ANN v. WYETH, et al. | E.D.-Pa. 2:04-CV-20415-HB |
| MCDONALD, CARRIE v. WYETH, et al. | E.D.-Pa. 2:04-CV-20648-HB |
| MITCHELL, CINDY v. WYETH, et al. | E.D.-Pa. 2:03-CV-20329-HB |
| MOLINA, RITA v. WYETH, et al. | E.D.-Pa. 2:04-CV-20625-HB |
| MOORE, PAUL v. WYETH, et al. | E.D.-Pa. 2:04-CV-20642-HB |

| | |
|---|---|
| NELSON, CINDI v. WYETH, et al. | § § E.D.-Pa. 2:03-CV-20348-HB |
| NICHOLS, MADGE v. WYETH, et al. | § § E.D.-Pa. 2:04-CV-20341-HB |
| NORMAN, DIANE v. WYETH, et al. | § § E.D.-Pa. 2:04-CV-20432-HB |
| OLLIFF, EVA N. v. WYETH, et al. | § § E.D.-Pa. 2:04-CV-20365-HB |
| ORR, EVELYN MARY v. WYETH, et al. | § § E.D.-Pa. 2:04-CV-20688-HB |
| PATTERSON, GERALDINE M. v. WYETH, et al. | § § E.D.-Pa. 2:04-CV-20501-HB |
| PERRY, ELIZABETH JAN v. WYETH, et al. | § § E.D.-Pa. 2:04-CV-20428-HB |
| PETITT, NELMA v. WYETH, et al. | § § E.D.-Pa. 2:04-CV-20523-HB |
| PETTIS, MARIA E. v. WYETH, et al. | § § E.D.-Pa. 2:04-CV-20283-HB |
| PHILLIPS, BEVERLY v. WYETH, et al. | § § E.D.-Pa. 2:04-CV-20621-HB |
| PHILLIPS, DEBRA v. WYETH, et al. | § § E.D.-Pa. 2:04-CV-20362-HB |
| POWELL, IONA G. v. WYETH, et al. | § § E.D.-Pa. 2:04-CV-20670-HB |
| PROCTOR, BARBARA J. v. WYETH, et al. | § § E.D.-Pa. 2:04-CV-20334-HB |
| PRYOR, BARBARA D. v. WYETH, et al. | § § E.D.-Pa. 2:04-CV-20650-HB |
| REED, EMMA v. WYETH, et al. | § § E.D.-Pa. 2:04-CV-20683-HB |
| RILEY, REBECCA HALL v. WYETH, et al. | § § E.D.-Pa. 2:04-CV-20521-HB |
| ROMERO, PAMELA S. v. WYETH, et al. | § § E.D.-Pa. 2:04-CV-20336-HB |
| ROTH, LESLIE v. WYETH, et al. | § § E.D.-Pa. 2:03-CV-20352-HB |
| RUBENDALL, KAREN v. WYETH, et al. | § § E.D.-Pa. 2:04-CV-20526-HB |
| RUSSELL, VICKIE v. WYETH, et al. | § § E.D.-Pa. 2:04-CV-20430-HB |
| SARVER, BEVERLY v. WYETH, et al. | § § E.D.-Pa. 2:04-CV-20321-HB |
| SCHLAHT, RONALD J. v. WYETH, et al. | § § E.D.-Pa. 2:04-CV-20418-HB |
| SCOTT, BEVERLY v. WYETH, et al. | § § E.D.-Pa. 2:04-CV-20424-HB |

| | | |
|---|---|---|
| SCOTT, SHERIDAN W. v. WYETH, et al. | § § | E.D.-Pa. 2:04-CV-20502-HB |
| SEABOURNE, MARSHA v. WYETH, et al. | § § | E.D.-Pa. 2:03-CV-20346-HB |
| SEAMAN, PATRICIA v. WYETH, et al. | § § | E.D.-Pa. 2:04-CV-20644-HB |
| SEDBERRY, JOE LARRY v. WYETH, et al. | § § | E.D.-Pa. 2:04-CV-20422-HB |
| SEKITO, MARY JANE v. WYETH, et al. | § § | E.D.-Pa. 2:03-CV-2423-HB |
| SEXTON, WAYNEL v. WYETH, et al. | § § | E.D.-Pa. 2:04-CV-20497-HB |
| SHEFFIELD, GLORIA v. WYETH, et al. | § § | E.D.-Pa. 2:04-CV-20623-HB |
| SHOTWELL, SHERLYN v. WYETH, et al. | § § | E.D.-Pa. 2:04-CV-20649-HB |
| SMITH, DOROTHY v. WYETH, et al. | § § | E.D.-Pa. 2:04-CV-20325-HB |
| SMITH, MELINDA v. WYETH, et al. | § § | E.D.-Pa. 2:04-CV-20340-HB |
| SOWELL, JOANN v. WYETH, et al. | § § | E.D.-Pa. 2:04-CV-20376-HB |
| SPAIN, SHIRLEY R. v. WYETH, et al. | § § | E.D.-Pa. 2:04-CV-20667-HB |
| SPARKS, MARY ANN v. WYETH, et al. | § § | E.D.-Pa. 2:04-CV-20359-HB |
| SPEARS, MARY v. WYETH, et al. | § § | E.D.-Pa. 2:04-CV-20345-HB |
| SPRIGGINS, LINDA D. v. WYETH, et al. | § § | E.D.-Pa. 2:04-CV-20508-HB |
| STAHL, DEVA v. WYETH, et al. | § § | E.D.-Pa. 2:04-CV-20676-HB |
| STEVENS, BARBARA JO v. WYETH, et al. | § § | E.D.-Pa. 2:04-CV-20342-HB |
| STINEBRICKNER, MARY L. v. WYETH, et al. | § § | E.D.-Pa. 2:04-CV-20383-HB |
| STRICKLAND, LAUREN v. WYETH, et al. | § § | E.D.-Pa. 2:04-CV-20525-HB |
| TAVEL, LILLIE v. WYETH, et al. | § § | E.D.-Pa. 2:04-CV-20439-HB |
| TERRY, FRANCES v. WYETH, et al. | § § | E.D.-Pa. 2:04-CV-20672-HB |
| THORNTON, MARIA L. v. WYETH, et al. | § § | E.D.-Pa. 2:04-CV-20498-HB |
| THROWER, HARRY W. v. WYETH, et al. | § § | E.D.-Pa. 2:04-CV-20442-HB |

| | | |
|---|---|---|
| TIMS, GARY v. WYETH, et al. | § § | E.D.-Pa. 2:04-CV-20685-HB |
| TORRES, MARY IRENE v. WYETH, et al. | § § | E.D.-Pa. 2:04-CV-20284-HB |
| TREADWAY, MARY ELIZABETH v. WYETH, et al. | § § | E.D.-Pa. 2:04-CV-20330-HB |
| TUTT, JULIANNE MARCY v. WYETH, et al. | § § | E.D.-Pa. 2:04-CV-20381-HB |
| TYMON, KELLY v. WYETH, et al. | § § | E.D.-Pa. 2:04-CV-20279-HB |
| UPPENCAMP, VIRGINIA v. WYETH, et al. | § § | E.D.-Pa. 2:04-CV-20668-HB |
| VATER, LAURIE v. WYETH, et al. | § § | E.D.-Pa. 2:04-CV-20420-HB |
| WALKER, CLARE B. v. WYETH, et al. | § § | E.D.-Pa. 2:04-CV-20437-HB |
| WALKER, MARVIN E. v. WYETH, et al. | § § | E.D.-Pa. 2:04-CV-20419-HB |
| WASHINGTON, ANNA BELLE v. WYETH, et al. | § § | E.D.-Pa. 2:04-CV-20364-HB |
| WATERS, ALAN L. v. WYETH, et al. | § § | E.D.-Pa. 2:04-CV-20417-HB |
| WEDGEWORTH, SUSAN C. v. WYETH, et al. | § § | E.D.-Pa. 2:04-CV-20282-HB |
| WESTMORELAND, FRANCES H. v. WYETH, et al. | § § | E.D.-Pa. 2:04-CV-20373-HB |
| WHARTON-MIMS, BETTYE J. v. WYETH, et al. | § § | E.D.-Pa. 2:04-CV-20441-HB |
| WHITE, ELIZABETH v. WYETH, et al. | § § | E.D.-Pa. 2:04-CV-20285-HB |
| WILLIAMS, DEBRA N. v. WYETH, et al. | § § | E.D.-Pa. 2:04-CV-20384-HB |
| WILLIS, PATRICIA A. v. WYETH, et al. | § § | E.D.-Pa. 2:04-CV-20512-HB |
| WILSON, REBECCA v. WYETH, et al. | § § | E.D.-Pa. 2:04-CV-20426-HB |
| WOODROM, PATSY G. v. WYETH, et al. | § § | E.D.-Pa. 2:04-CV-20351-HB |
| WOODSON, MARGARET E. v. WYETH, et al. | § § | E.D.-Pa. 2:04-CV-20633-HB |
| YEATES, BARBARA v. WYETH, et al. | § § | E.D.-Pa. 2:04-CV-20637-HB |
| YOUNG, REBEKAH v. WYETH, et al. | § § | E.D.-Pa. 2:04-CV-20367-HB |
| ZARCO, CYNTHIA v. WYETH, et al. | § § | E.D.-Pa. 2:04-CV-20634-HB |

## NOTICE OF PENDING MOTIONS

Defendant Wyeth advises the Court that at the time these cases were transferred to this Court, Plaintiff's Motions to Remand were pending.

A copy of the following documents for each case will be filed in this Court under separate cover as Exhibits to this Notice:

| | |
|---|---|
| EXHIBIT A | Wyeth's Notice of Removal; |
| EXHIBIT B | Plaintiff's Original Petition; |
| EXHIBIT C | Plaintiff's Motion to Remand and Incorporated Memorandum; |
| EXHIBIT D | any Response filed by Wyeth in Opposition to Plaintiff's Motion to Remand; |
| EXHIBIT E | any Reply filed by Plaintiff to Wyeth's Response; |
| EXHIBIT F | any Sur-Reply filed by Wyeth to Plaintiff's Reply; |
| EXHIBIT G | any Supplement Wyeth filed to its Notice of Removal; and |
| EXHIBIT H | any amended state-court petition that was filed prior to the date the case was removed to federal court. |

Defendant Wyeth respectfully asks the Court to consider Plaintiffs' motions and deny them.

Respectfully submitted,

_____
Peter L. Zimroth
ARNOLD & PORTER, LLP
399 Park Avenue
New York, NY 10022
(212) 715-1010

>Robert D. Rosenbaum
>Robyn M. Holtzman
>ARNOLD & PORTER, LLP
>555 Twelfth Street
>Washington, DC  20004
>(202) 942-5862
>
>Michael T. Scott
>Paul B. Kerrigan
>REED SMITH LLP
>2500 One Liberty Place
>Philadelphia, PA  19103
>(215) 851-8248
>
>Leslie A. Benitez
>CLARK, THOMAS & WINTERS
>P.O. Box 1148
>Austin, TX  78767
>(512) 472-8800
>
>**ATTORNEYS FOR DEFENDANT WYETH**

## CERTIFICATE OF SERVICE

The undersigned hereby certifies that a true and correct copy of the Notice of Pending Motions in the above captioned actions was filed electronically, is available for viewing and downloading from the ECF system, and was served this 10th day of May, 2004, by U.S. first-class mail, postage prepaid, upon all counsel of record in the action, who are listed below:

Richard N. Laminack, Esquire
Thomas W. Pirtle, Esquire
O'QUINN, LAMINACK & PIRTLE
440 Louisiana, Suite 2300
Houston, Texas 77002
*Counsel for Plaintiff*

Michael Walsh, Esquire
STRASBURGER & PRICE, L.L.P.
901 Main Street, Suite 4300
Dallas, Texas 75202
(With copies of exhibits)
*Counsel for Defendants Gate Pharmaceuticals, a Division of Teva Pharmaceuticals, USA, Inc. and Teva Pharmaceuticals, U.S.A., Inc.*

Stephanie A. Smith, Esquire
Stacy A. Martinez, Esquire
FULBRIGHT & JAWORSKI, L.L.P.
600 Congress Avenue, Suite 2400
Austin, Texas 78701
(Without copies of exhibits, per agreement)
***Counsel for Defendant Smithkline Beecham Corporation***

David P. Boyce, Esquire
WRIGHT & GREENHILL, P.C.
221 W. 6th Street, Suite 1800
Austin, Texas 78701
(Without copies of exhibits, per agreement)
***Counsel for Defendant Jones Pharma Inc., f/k/a Jones Medical Industries, Inc. as successor to Abana Pharmaceuticals, Inc.***

Karen Stallings, Esquire
LOCKE, LIDDELL & SAPP, L.L.P
600 Travis Street
3400 J.P. Morgan Chase Tower
Houston, Texas 77002
(Without copies of exhibits, per agreement)
***Counsel for Defendants Major Pharmaceuticals; Eon Labs Manufacturing; Zenith Goldline Pharmaceuticals, Inc.; Goldline Laboratories, Inc.; Rugby Laboratories, Inc.; Geneva Pharmaceuticals, Inc.; and Shire Richwood Inc. f/k/a Richwood Pharmaceutical Company, Inc.***

Paul N. Farquharson
SEMMES BOWEN & SEMMES, P.C.
250 W. Pratt, 16th Floor
Baltimore, MD 21201
(Without copies of exhibits, per agreement)
***Counsel for Defendants United Research Laboratories, Inc. and Qualitest Pharmaceuticals, Inc.***

Kenneth L. Tekell, Esquire
TEKELL, BOOK, MATHEWS & LIMMER, L.L.P.
1221 McKinney St., Suite 4300
Houston, Texas 77010
(Without copies of exhibits, per agreement)
***Counsel for Defendants Fisons Corporation and Medeva Pharmaceuticals, Inc.***

Lisa A. Louck
Bracewell & Patterson, L.L.P.
711 Louisiana, Suite 2900
Houston, TX 77002
(Without copies of exhibits, per agreement)
**Counsel for Defendant Michelle Herren Pavelec**

Morris C. Carrington
Mehaffey & Weber
2615 Calder, Suite 800
Beaumont, TX 77702
(Without copies of exhibits)
**Counsel for Defendant Dr. Harvey Randolph**

David P. Andis
Gauntt & Kruppstadt, L.L.P.
1400 Woodloch Forest Drive, Suite 575
The Woodlands, TX 77380
**Counsel for Defendant Dr. Arthur Hadley**

and upon all other counsel required to be served by Pretrial Order No. 19 (without exhibits,

which will be provided upon request):

Gregory P. Miller, Esquire
Miller, Alfano & Raspanti, P.C.
1818 Market Street, Suite 3402
Philadelphia, PA 19103
(215) 972-6400 (General)
(215) 988-1478 (Diet Drug FAX)
**Special Discovery Master**

Arnold Levin, Esquire
Levin, Fishbein, Sedran & Berman
510 Walnut Street
Suite 500
Philadelphia, PA 19106
(215) 592-1500
(215) 592-4663 (FAX)
**Co-Chair of Plaintiffs' Management Committee**

John J. Cummings, III, Esquire
Cummings, Cummings & Dudenhefer
416 Gravier Street
New Orleans, LA 70130
(504) 586-0000
(504) 522-8423 (FAX)
**Co-Chair of Plaintiffs' Management Committee**

11

Stanley M. Chesley, Esquire
Waite, Schneider, Bayless, Chesley Co., L.P.A.
1513 Central Trust Tower
One West Fourth Street
Cincinnati, OH 45202
(513) 621-0267
(513) 621-0262 (FAX)
**Co-Chair of Plaintiffs' Management Committee**

Ms. Deborah A. Hyland
Plaintiffs' Management Committee
Constitution Place
325 Chestnut Street, Suite 200
Philadelphia, PA 19106
(215) 629-3919
(215) 923-1153 (ALTERNATE NUMBER)
(215) 629-3998 (FAX)
(215) 923-3717 (ALTERNATE FAX)
**Plaintiffs' Management Committee**

Michael T. Scott, Esquire
Reed Smith LLP
2500 One Liberty Place
1650 Market Street
Philadelphia, PA 19103-7301
(215) 851-8100 (General)
(215) 851-8248 (Direct Dial)
(215) 851-1420 (FAX)
**Liaison Counsel for Fenfluramine/Dexfenfluramine Defendants**

Edward W. Madeira, Jr., Esquire
Pepper Hamilton LLP
300 Two Logan Square
Philadelphia, PA 19103-2799
(215) 981-4000 (General)
(215) 981-4353 (Direct Dial)
(215) 981-4307 (FAX)
**Liaison Counsel for Phentermine Manufacturers & Suppliers**

Peter G. Resnick, Esquire
McDermott, Will & Emery
28 State Street, 34th Floor
Boston, MA 02109-1775
(617) 535-4000 (General)
(617) 535-4075 (Direct Dial)
(617) 535-3800 (FAX)
**Co-Lead Counsel for Phentermine Defendants**

Edward S. Weltman, Esquire
Goodwin Proctor LLP
599 Lexington Avenue, 30th Floor
New York, NY 10022
(212) 813-8800 (General)
(212) 355-3333 (Fax)
**Co-Lead Counsel for Phentermine Defendants**

_____
Leslie A. Benitez

Date: May 10, 2004